AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

ZEDEKIAH SYKES

Case No.  2:16cr093-01-WKW

USM No.  61955-065

Don Bethel

Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)     1-6     of the term of supervision.

☐ was found in violation of condition(s) count(s)     _____     after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report to the probation officer | 01/25/2017 |
| 2 | Failure to notify the probation officer of a change of residence | 01/25/2017 |
| 3 | Failure to refrain from gambling or entering in a veue where gambling occurs. | 01/25/2017 |

The defendant is sentenced as provided in pages 2 through     3     of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)     _____     and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:     1967

City and State of Defendant's Residence:
Hoover, AL

03/16/2017

Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE

Name and Title of Judge

3/20/17

Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: ZEDEKIAH SYKES
CASE NUMBER: 2:16cr093-01-WKW

Judgment—Page ___2___ of ___3___

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Failure to pay restitution | 01/25/2017 |
| 5 | Failure to disclose all assets and liabilities to the probation officer | 01/25/2017 |
| 6 | New law violation-forgery 2nd degree and attempting to elude a police officer | 01/25/2017 |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: ZEDEKIAH SYKES
CASE NUMBER: 2:16cr093-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total
term of :
3 years.  The Court finds the sentence is reasonable considering the nature and circumstances of the offenses, the
history and characteristics of the defendant, to reflect the seriousness of his extreme criminal history
and his conduct while under supervision.  No supervised release imposed.  The term of supervised release
imposed on September 9, 2009 is revoked.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL